| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Swing House Rehearsal And Recording, Inc.,** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Swing House Studios** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **95-4823475** |
| **4.** | **Debtor's address** | **Principal place of business**  **3229 Casitas Ave**  **Los Angeles, CA 90039**  Number, Street, City, State & ZIP Code    **Los Angeles**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **http://www.swinghouse.com/** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Swing House Rehearsal And Recording, Inc.,** _____  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
7198

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Swing House Rehearsal And Recording, Inc.,** _____ Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Swing House Rehearsal And Recording, Inc.,**   Case number (*if known*)
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 8, 2016**
              MM / DD / YYYY

X **/s/ Philip Jaurigui**                                **Philip Jaurigui**
Signature of authorized representative of debtor          Printed name

Title   **President and Secretary**

**18. Signature of attorney**

X **/s/ Kurt Ramlo**                          Date **November 8, 2016**
Signature of attorney for debtor                   MM / DD / YYYY

**Kurt Ramlo**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone **(310) 229-1234**   Email address

**166856**
Bar number and State

## Certificate of Swing House Rehearsal and Recording, Inc.
## a California corporation
## Authorizing Filing of Petition under
## Chapter 11 of the Bankruptcy Code

I, Philip Jaurigui, hereby certify as follows:

1. I am the President and Secretary of Swing House Rehearsal and Recording, Inc. (the "Company").

2. At a special meeting of the Company's directors, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Philip Jaurigui or his designee ("Responsible Party") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a voluntary petition under the provisions of Chapter 11 of Title 11, United States Code;

> FURTHER RESOLVED, that Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Responsible Party deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

> **FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes

of, among other things, representing the Company in its Chapter 11 case.

Dated: November __, 2016

                              SWING HOUSE REHEARSAL AND RECORDING, INC.

                              By: _____
                                  Philip Jaurigui
                                  Its: President and Secretary

2

Fill in this information to identify the case:

Debtor name: **Swing House Rehearsal And Recording, Inc.,**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

Case number (if known): _____

˙ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7175 WB, LLC<br>PO BOX 1129<br>Studio City, CA 91614 | | former landlord | | | | $928,625.47 |
| Jim D'addario<br>595 Smith St.<br>Farmingdale, NY 11735 | | | | | | $284,127.01 |
| Jonathan Mover<br>3229 Casitas Ave<br>Los Angeles, CA 90039 | | Loan #3, 4, and 5 | | | | $220,318.34 |
| Sound Distribution and Sales<br>691 Executive Dr.<br>Willowbrook, IL 60527 | | | | | | $162,052.24 |
| Blue Sky Properties<br>PO BOX 1129<br>Studio City, CA 91614 | | demo costs and back rent | | | | $73,460.00 |
| West Casitas LLC<br>3191 Casitas Ave Suite #130<br>Los Angeles, CA 90039 | | Loan #1 - Roof | | | | $54,204.00 |
| Bank Of America<br>PO Box 15796<br>Wilmington, DE 19886 | | | | | | $37,256.00 |

Official form 204 — Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims — page 1

Debtor **Swing House Rehearsal And Recording, Inc.,**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Helen Melman** 815 Moraga Dr. Los Angeles, CA 90049 | | | | | | $32,969.00 |
| **Chase bank** PO Box 94014 Palatine, IL 60094 | | | | | | $18,574.56 |
| **David Kaiser** 3229 Casitas Ave Los Angeles, Ca 90039 | | | | | | $16,800.00 |
| **Alexandra Greenberg** 1483 N. Occidental Blvd. Los Angeles, CA 90026 | | | | | | $15,796.12 |
| **Greenberg & Bass** 16000 Ventura Blvd Suite 1000 Encino, CA 91436 | | | | | | $13,649.25 |
| **Frontier Airlines** PO Box 23066 Columbus, GA 31902 | | | | | | $13,396.71 |
| **Friedman Kannenberg** 17 Talcott Notch Road Farmington, CT 06032 | | | | | | $12,496.00 |
| **Jordan Winsen** 13636 Ventura Blvd #453 Sherman Oaks, CA 91423 | | | | | | $12,000.00 |
| **Aspect Lighting** 10711 Fulton Wells Ave Santa Fe Springs, CA 90670 | | | | | | $11,523.60 |
| **Star Power Generators** 3020 Old Ranch Parkway Ste#300 Seal Beach, CA 90740 | | | | | | $7,754.00 |
| **Sirius Mechanical** 11824 Graham St. Moreno Valley, CA 92557 | | | | | | $6,780.00 |

| Debtor | **Swing House Rehearsal And Recording, Inc.,** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sheryl Elfant** <br> **2121 Valderas Dr.** <br> **#12** <br> **Glendale, CA 91208** | | | | | | $4,896.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kurt Ramlo**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **166856** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Swing House Rehearsal And Recording, Inc.,**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **November 7, 2016**    /s/ Philip Jaurigui
Signature of Debtor 1

Date:    
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **November 7, 2016**    /s/ Kurt Ramlo
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

Swing House Rehearsal And Recording, Inc.,
3229 Casitas Ave
Los Angeles, CA 90039


Kurt Ramlo
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


7175 WB, LLC
PO BOX 1129
Studio City, CA 91614


Alexandra Greenberg
1483 N. Occidental Blvd.
Los Angeles, CA 90026


Alves, Josh
5609 Colfax Ave #164
North Hollywood, CA 91601


Aspect Lighting
10711 Fulton Wells Ave
Santa Fe Springs, CA 90670


Athens Services
PO Box 60069
City of Industry, CA 91716


Bank Of America
PO Box 15796
Wilmington, DE 19886

Blue Sky Properties
PO BOX 1129
Studio City, CA 91614


c/o Jeffrey L. Parker, Esq.
21515 Hawthorne Blvd. Suite 450
Torrance, CA 90503


Chase bank
PO Box 94014
Palatine, IL 60094


Cleerline
8404 El Way #2b
Missoula, MT 59808


D'addario Co.
595 Smith St.
Farmingdale, NY 11735


David Kaiser
3229 Casitas Ave
Los Angeles, Ca 90039


Dewar, Nicholas
245 North Alvarado St Apt 114
Los Angeles, CA 90026-6708


Ewald, Grant C.
2039 N. Las Palmas Ave #311
Los Angeles, CA 90068

Friedman Kannenberg
17 Talcott Notch Road
Farmington, CT 06032


Frontier Airlines
PO Box 23066
Columbus, GA 31902


Garman, David
11478 Albers St
North Hollywood, CA 91601


Greenberg & Bass
16000 Ventura Blvd Suite 1000
Encino, CA 91436


Helen Melman
815 Moraga Dr.
Los Angeles, CA 90049


Jaurigui, Philip
1483 N Occidental Blvd
Los Angeles, CA 90026


Jim D'addario
595 Smith St.
Farmingdale, NY 11735


Jonathan Mover
3229 Casitas Ave
Los Angeles, CA 90039

```
Jonathan Mover
3229 Casitas
Los Angeles, CA 90039


Jordan Winsen
13636 Ventura Blvd #453
Sherman Oaks, CA 91423


Joseph Minkes
2740 West Magnolia Blvd Suite #204
Burbank, CA 91505


Kershaw, Tyler
12744 Moorpark St. Apt#3
Studio City, CA 91604


Ludlow Kingsley
2618 W. Sunset Blvd
Los Angeles, CA 90026


McCluer, Kyle
1201 N Vista
Los Angeles, CA 90046


Murray, Joan
1617 N Fuller Ave #307
Los Angeles, CA 90046


Nathanson & Kernochan
31111 Aguora Rd #205
Westlake Village, CA 91361
```

Northern leasing Systems
419 East Main St.
Middletown, NY 10940


Perry, Anthony
6138 Franklin Ave #312
Los Angeles, CA 90028


Phil Jaurigui
1483 N. Occidental Blvd.
Los Angeles, CA 90026


Philip Jaurigui
1483 N. Occidental Blvd
Los Angeles, CA 90026


Recendez, Raul
1741 Jutewood St
West Covina, CA 91791


Sheryl Elfant
2121 Valderas Dr. #12
Glendale, CA 91208


Sirius Mechanical
11824 Graham St.
Moreno Valley, CA 92557


Skylift Rentals
PO BOX 2224
Irwindale, CA 91706

Sorensen, Scott
5735 Roosevelt Ave
South Gate, CA 90280


Sound Distribution and Sales
691 Executive Dr.
Willowbrook, IL 60527


Sound Moves
2205 West 126th St Suite B
Hawthorne, CA 90250


Southland Heating and Air Conditioning
3529 Old Conejo Rd. #107
Newbury Park, Ca 91320


Star Power Generators
3020 Old Ranch Parkway Ste#300
Seal Beach, CA 90740


Steelgrave, Allen
934 1/2 North Maple St
Burbank, CA 91505


Time warner #040632101
BOX 223085
Pittsburgh, PA 15251


TYCO Integrated Security LLC
10405 Crosspoint Blvd
Indianapolis, IN 46256

```
West Casitas LLC
3191 Casitas Ave Suite #130
Los Angeles, CA 90039
```

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | |
|---|---|
| Kurt Ramlo (State Bar No. 166856) <br> LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. <br> 10250 Constellation Boulevard, Suite 1700 <br> Los Angeles, CA  90067 - (310) 229-1234 | CASE NO.: <br> CHAPTER:  11 <br> ADVERSARY NO.: <br> (*if applicable*) |
| *Attorney for:* Debtor and Debtor in Possession | |
| In re: <br><br> SWING HOUSE REHEARSAL AND RECORDING, INC., <br><br> Debtor and Debtor in Possession, <br><br><br> Debtor(s). | **ELECTRONIC FILING DECLARATION** <br> **(NON-INDIVIDUAL)** <br> **[LBR 1002-1(f)]** |

☒ Petition, statement of affairs, schedules or lists    Date filed: _____
☐ Amendments to the petition statements of affairs, schedules or lists    Date filed: _____
☐ Other (*specify*): _____    Date filed: _____

**PART I – DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: _____

_____
Signature (handwritten) of authorized signatory of Filing Party
Philip J. Jaurigui
Printed name of authorized signatory of Filing Party
President
Title of authorized signatory of Filing Party

**PART II – DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date: _____

_____
Signature (handwritten) of attorney for Filing Party
Kurt Ramlo
Printed Name of attorney for Filing Party

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL