| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KURT RAMLO (State Bar No. 166856)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Tel: (310) 229-1234; Fax: (310) 229-1244<br>Email: KR@LNBYB.com; JSK@LNBYB.COM<br>Attorneys for Swing House Rehearsal and Recording, Inc., Debtor and Debtor in Possession<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Swing House Rehearsal and Recording | **FILED & ENTERED**<br><br>**MAY 25 2018**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bakchell DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>SWING HOUSE REHEARSAL AND RECORDING, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-24758-RK<br>CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Swing House Rehearsal and Recording, Inc.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Emergency Motion for Turnover of Property of the Estate and Books and Records Relating to Property of the Estate (from Jonathan Mover and Genoveva Winsen)

   b. *Date of filing of motion:* May 26, 2018

2. ~~Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):~~

   *Date of filing of Application*: N/A

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒   A hearing on the motion will take place as follows:

| **Hearing date: May 29, 2018** | **Place:** |
|---|---|
| **Time:** 1:30 p.m. | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 1675 | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒   No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: May 25, 2018 | |
| Time: 6:00 p.m. | _Steve Fox, counsel for Jonathan Mover_ |
| | _Genoveva Winsen_ |
| | _Gouya Ranekouhi, non-bankruptcy counsel for Genoveva Winsen_ |
| | _Greg Gartland, counsel for the D'Addario creditors_ |
| | _Michael Good, counsel for 7175 WB, LLC_ |
| | _Leonard Pena, counsel for Philip Jaurigui_ |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒   No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☐ one of the methods checked   ☐ all of the methods checked

(A)   ☐ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date:  May 26, 2018 | |
| Time: 12:00 p.m. | _Steve Fox, counsel for Jonathan Mover_ |
| | _Genoveva Winsen_ |
| | _Gouya Ranekouhi, non-bankruptcy counsel for Genoveva Winsen_ |
| | _Greg Gartland, counsel for the D'Addario creditors_ |
| | _Michael Good, counsel for 7175 WB, LLC_ |
| | _Leonard Pena, counsel for Philip Jaurigui_ |
| | ☐ See attached page |
| | (D) _Service is also required upon:_ |
| | -- United States trustee _(by first class mail - electronic service is not permitted)_ |
| | -- ~~Judge's copy personally delivered to chambers~~ ~~(see Court Manual for address)~~ |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                   Page 2                          **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: May 26, 2018 | |
| Time: 12:00 p.m. | Steve Fox, counsel for Jonathan Mover<br>Genoveva Winsen<br>Gouya Ranekouhi, non-bankruptcy counsel for Genoveva Winsen<br>Greg Gartland, counsel for the D'Addario creditors<br>Michael Good, counsel for 7175 WB, LLC<br>Leonard Pena, counsel for Philip Jaurigui |
| | ☐ See attached page |
| | (D) *Service is also required upon*:<br>-- United States trustee *(by first class mail - no electronic service permitted)*<br>-- ~~Judge's copy personally delivered to chambers~~<br>~~(see Court Manual for address)~~ |

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: | |
| | (D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: May 29, 2018    Time: 1:30 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### 

Date: May 25, 2018

_____
Robert Kwan
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                          Page 4                          **F 9075-1.1.ORDER.SHORT.NOTICE**