1  THE FOX LAW CORPORATION, INC.
2  Steven R. Fox, CBN 138808
   17835 Ventura Blvd., Suite 306
3  Encino, CA 91316
4  (818) 774-3545 Fax (818) 774-3707
   sfrox@foxlaw.com
5
6  Attorney for the post-confirmation Debtor
7

**FILED & ENTERED**

**MAY 08 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Swing House Rehearsal<br>And Recording, Inc.,<br><br>Reorganized Debtor, | **Case No. 2:16-bk-24758-RK**<br><br>**Chapter 11**<br><br>**ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE REGARDING DISMISSAL OF CHAPTER 11 CASE, DISMISSING CASE AND CLOSING CASE**<br><br>Date:  April 25, 2023<br>Time:  1:30 p.m.<br>Place: Courtroom 1675<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

A hearing was held on April 25, 2023, at 1:30 p.m. in the U.S. Bankruptcy Court for the Central District of California, Los Angeles Division, the Honorable Robert Kwan, U.S. Bankruptcy Judge, presiding, on the Court's Order to Show Cause Regarding Dismissal of the Chapter 11 Case ("Order to Show Cause")(Docket No. 740).

Steven R. Fox appeared for the post-confirmation Debtor.  Kurt Ramlo appeared for Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBY&G") and himself.  Andrew Smythe appeared as appellate counsel for Philip Jaurigui.  No other appearances were made.

- 1 -

Upon consideration of the Order to Show Cause, the Declarations of Jonathan Mover and Genoveva Winsen in connection with the Order to Show Cause (Docket No. 745), the Response to Order to Show Cause Re Dismissal filed by Levene, Neale, Bender, Yoo & Golubchik, L.L.P. and Kurt Ramlo (Docket No. 746), statements of counsel at the hearing and the Court finding good cause for the reasons stated on the record and the accompanying separate statement of decision, the Court makes the following orders:

1. The Chapter 11 case of <u>in re Swing House Rehearsal And Recording, Inc.</u>, is dismissed.

2. The Clerk of Court is directed to close the Chapter 11 case of <u>In re Swing House Rehearsal And Recording, Inc.</u> forthwith.

3. Immediately upon entry of this Order of Dismissal, LNBYG and Kurt Ramlo are exonerated from any further obligation and discharged of any liability with respect to the orders entered July 6, 2018 (Docket No. 503) and March 4, 2020 (Docket No. 687).

4. After entry of this Order of Dismissal, LNBYG and Ramlo may return control and possession of the iPhone and MacBook to Philip Jaurigui.

5. Dismissal of this Chapter 11 case will have no effect on the dismissal order entered in Adversary Proceeding No. 2:19-ap-01088-RK or the compromise approved and implemented in orders entered as Docket Nos. 665 and 667.

Date: May 8, 2023

_____
Robert Kwan
United States Bankruptcy Judge

1  APPROVED AS TO FORM:

2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

3  AND KURT RAMLO

*[signature]*    May 1, 2023

_____
Kurt Ramlo, attorney for Levene Neale, Bender, Yoo & Golubchik L.L.P. and for himself